## 8706. ADAMS et al. v. JACKSON.

LUKE, J. Mrs. Jackson executed a warranty deed conveying to Friedman a certain tract of land, and subsequently executed a warranty deed conveying another tract to Atkinson and Adams. Later Adams bought the interest of Atkinson. Adams and Friedman jointly sued Mrs. Jackson in a justice's court, alleging breach of warranty, each depending upon the separate warranties in their respective deeds. The jury returned a verdict in favor of Mrs. Jackson, and a petition for certiorari was sanctioned. Upon the hearing, on the answer of the trial justice, the judge of the superior court overruled the certiorari and denied a new trial. *Held,* that this ruling was not error.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED JANUARY 29, 1918.

Certiorari; from Fulton superior court—Judge Ellis. March 9, 1917.

*M. C. Few,* for plaintiffs. *R. B. Blackburn,* for defendant.